UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STEVEN JUDE,

                                      Plaintiff,      **NOTICE OF APPEARANCE**

           -against-

FIDEL GONZALEZ, WARDEN SIMANACAS #15818,      07 CV 6593 (HB) (DFE)
(ESU) CORRECTION OFFICER, CITY OF NEW YORK
(CITY) and NEW YORK CITY DEPARTMENT OF
CORRECTION, (DOCS),

                                    Defendants.

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated:  New York, New York
          September 12, 2007

                                                    MICHAEL A. CARDOZO
                                                    Corporation Counsel
                                                     of the City of New York
                                                     Attorney for Defendant City of New York
                                                     100 Church Street, Rm. 3-311
                                                     New York, New York 10007
                                                     (212) 788-0899

                                           By:     _____
                                                        Stuart E. Jacobs (SJ 8379)
                                                        Assistant Corporation Counsel
                                                         Special Federal Litigation Division

To:     **BY REGULAR MAIL**
          Mr. Steven Jude
          B & C No. 04-A-4233
          Pro Se Plaintiff
          25-26 Eastern Corr. Facility
          Napanoch, NY  12458