Law Office of Andrew J. Spinnell
286 Madison Avenue, Suite 2100
New York, New York 10017
(212) 684-0317

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN JUDE,

               *Plaintiff,*

        -against-

FIDEL GONZALES, WARDEN SIMANCAS # 15818,
(ESU) CORRECTIONS OFFICER, THE CITY OF
NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTIONS,

               *Defendants.*
------------------------------------------------------------------X

Docket No.: 07CV6593 (HB)

**Notice of Appearance**

COUNSELORS:

    **Please Take Notice,** That the Plaintiff STEVEN JUDE hereby appear(s) in the above entitled action, and that the undersigned has been retained as Attorney for said Plaintiff and demand(s) that a copy of the Answer and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: September 20, 2007

TO: MICHAEL CARDOZO, ESQ.
    Corporation Counsel of the
    City of New York
    *Attorney for Defendants*
    100 Church Street
    New York, New York 10007
    **ATTN:** Stuart E. Jacobs, Esq.

Yours, etc.

_____
**ANDREW J. SPINNELL (AS 4917)**
*Attorney for Plaintiff*
STEVEN JUDE
*Office and Post Office Address*
286 Madison Avenue, Suite 2100
New York, New York 10017
(212) 684-0317