## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

STEVEN JUDE
Index No. 07 CV 6593(HB)

    I, ARLENE WILLIAMS, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Queens, New York.

    On September 20, 2007, I served the *NOTICE OF APPEARANC* by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care of the United Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

MICHAEL A. CARDOZO, ESQ
CORPORATION COUNSEL
100 CHURCH STREET
NEW YORK, NY 10007
ATTN: STUART E. JACOBS,

_____
ARLENE WILLIAMS

Sworn to before me this
2___ day of September, 2007

_____
Notary Public

ANDREW J. SPINNELL
Notary Public, State of New York
No. 31-4778512
Qualified in New York County
Commission Expires May 31, 2010