UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

STEVEN JUDE,

                  Plaintiff,

                  07 CIVIL 6593 (HB)

-against-

FIDEL GONZALES, WARDEN SIMANCIA SH-16818, (ESU) CORRECTIONS OFFICER, THE CITY OF NEW YORK AND THE NEW YORK CITY DEPARTMENT OF CORRECTIONS,

                  Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ANDREW J. SPINNELL, ATTORNEY FOR PLAINTIFF

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AS4917

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* 286 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK 10017

☒ *Telephone Number:* (212) 684-0317

☒ *Fax Number:* (212) 696-2611

☒ *E-Mail Address:* SPINNLAW@AOL.COM

Dated: NOVEMBER 8, 2007

ANDREW J. SPINNELL (AS 4917)