ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

Stuart E. Jacobs
*Assistant Corporation Counsel*
Tel.: (212) 788-0899
Fax: (212) 788-9776

May 16, 2008

**VIA FAX (212) 805-7901**
Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: Jude v. City of New York et al., 07 CV 6593 (HB) (DFE)

Dear District Judge Baer:

I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action was settled. The executed STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE will be submitted to the Court shortly.

Respectfully submitted,

Stuart E. Jacobs (SJ 8379)
Assistant Corporation Counsel

cc:  BY FAX - (212) 696-2611
     Andrew Spinnell, Esq.
     Attorney for Plaintiff

*The Clerk is instructed to close this matter + remove it from my docket.*
SO ORDERED
Harold Baer, Jr., U.S.D.J.
5/22/08